IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY ARCHIE II, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:21-CV-1272-M-BH |
| | § | |
| WEST COAST UNIVERSITY, | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendant's Motion to Compel Arbitration, Motion to Dismiss, and Brief in Support*, filed September 3, 2021 (doc. 15), is **GRANTED**, and the included alternative motion to stay pending arbitration and *Defendant's Motion to Dismiss and Brief in Support*, filed October 8, 2021 (doc. 17), are both **DENIED AS MOOT**. By separate judgment, all of the plaintiff's claims against the defendant will be **DISMISSED with prejudice**.

**SIGNED** this 13th day of May, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE